1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT

10
11

MONICA DIAZ,

Case No.  2:14-cv-07248-RSWL-JEM

12

Plaintiff,

[Los Angeles County Superior Court,
 Case No. BC555765]

13

vs.

14

AMERICAN RED CROSS LOS
ANGELES REGION, AMERICAN
NATIONAL RED CROSS, and
JARRETT BARRIOS, an individual,

**STIPULATED PROTECTIVE
ORDER**

15
16

Defendants.

State Court Case Filed:  8/22/14

17
18
19

PURSUANT TO STIPULATION, IT IS SO ORDERED.

20
21
22

Dated: <u>February 3, 2015</u>

*John E. McDermott*

23

United States Magistrate Judge

24
25
26
27
28

4846-8385-4625